IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GLENNA LEA ANGEL                                                                                    PLAINTIFF

v.                              Case No. 4:19-cv-00040-KGB

BOONE COUNTY COURT                                                                            DEFENDANT

## ORDER

Plaintiff Glenna Lea Angel has submitted this 42 U.S.C. §1983 case for filing in this district. However, from the facts alleged and the defendant named, it appears that venue properly lies in the Western District of Arkansas. *See* 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

The Clerk of the Court is directed to transfer immediately Ms. Angel's entire case file to the United States District Court for the Western District of Arkansas.

So ordered this 4th day of February, 2019.

Kristine G. Baker
United States District Judge